B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                    Bankruptcy No. 21-13274-pmm
        Jonathan Joel Ossman
            Debtor

        Sabrina Ossman
        Shirley Keenhold
            Plaintiff                                    Adversary No. 22-00022-pmm

        Jonathan Joel Ossman
            fdba
       Knights Construction & Remodeling
            dba
        Johns Contracting
            Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due April 14,2022.

        Address of Clerk                                    U.S. Bankruptcy Court
                                      Robert N.C. Nix Building
                                      900 Market Street, Suite 400
                                      Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name/Address of Plaintiff's Attorney

                                      CHARLES LAPUTKA
                                      Laputka Law Office
                                      1344 W. Hamilton St.
                                      Allentown, PA 18102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                      FOR THE COURT

                                      TIMOTHY B. MCGRATH
                                      CLERK

3/15/2022

                                      By: s/ C. Wagner
                                      Deputy Clerk

Bankruptcy No. 21-13274-pmm        Adversary No. 22-00022-pmm

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

(  ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

(  ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

(  ) Residence Service: By leaving the process with the following adult at:

(  ) Publication: The defendant was served as follows:[Describe briefly]

(  ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                            Signature

Print Name          _____

Business Address    _____

City, State, Zip  _____