IN THE U.S. DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN JOEL OSSMAN, | : | No. 21-13274-PMM |
| aka Jonathan J. Ossman | : | |
| aka Jonathan Ossman | : | |
| fdba Knights Construction & Remodeling | : | |
| dba John's Contracting | : | |
|    Debtor. | : | |
| | : | Chapter 7 |
| | : | |
| SABRINA OSSMAN and | : | |
| SHIRLEY KEENHOLD, | : | No. 22-00022-pmm |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JONATHAN JOEL OSSMAN, | : | |
| f/d/b/a KNIGHTS CONSTRUCTION & REMODELING, d/b/a JOHN'S CONTRACTING | : | |
|    Defendant. | : | **CERTIFICATE OF SERVICE** |

I hereby certify that on the 14th day of April 2022, I caused to be served by United States first class mail, postage prepaid, a true and correct copy of the Motion to Dismiss Adversary Complaint as follows:

Charles Laputka, Esquire
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

LYNN E. FELDMAN
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                      Respectfully submitted,

Dated: April 14, 2022          */s/ Robert J. Kidwell*
                                      Robert J. Kidwell, Esq.
                                      (PA ID No. 206555)
                                      NEWMAN WILLIAMS, P.C.
                                      712 Monroe Street
                                      Stroudsburg, PA 183360
                                      T: (570) 421-9090
                                      F: (570) 424-9739
                                      rkidwell@newmanwilliams.com

                                      *Attorney for Defendant/Debtor*