IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jonathan Joel Ossman<br><br>Debtors. | Case No. 21-13274-PMM<br><br>Chapter 7 |
| Sabrina Ossman and Shirley Keenhold, Creditors,<br><br>Plaintiffs,<br>vs.<br><br>Jonathan Joel Ossman, fdba Knights Construction & Remodeling, dba John's Contracting<br><br>Defendant. | Adv. No. 22-00022<br><br>Objection to Discharge |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 19th day of August, 2022, a true and correct copy of the Plaintiff's Response to Defendant's Motion to Dismiss Adversary Complaint, Brief in Support and Proposed Order was served upon the below parties by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Lyn E. Feldman, Trustee
2310 Walbert Ave – STE 103
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Robert J. Kidwell, Esquire
Newman Williams, PC
712 Monroe Street – PO Box 511
Stroudsburg, PA 18360

By: */s/ Charles Laputka*
Charles Laputka, Esquire
Attorney for Debtor
1344 W Hamilton Street
Allentown, PA 18102
Atty. I.D. No: 091984
Attorney for the Debtor