IN THE U.S. DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN JOEL OSSMAN, | : | No. 21-13274-PMM |
| aka Jonathan J. Ossman | : | |
| aka Jonathan Ossman | : | |
| fdba Knights Construction & | : | |
| Remodeling | : | |
| dba John's Contracting | : | |
|     Debtor. | : | |
| | : | Chapter 7 |
| | : | |

| | | |
|---|---|---|
| SABRINA OSSMAN and | : | |
| SHIRLEY KEENHOLD, | : | No. 22-00022-PMM |
|     Plaintiffs, | : | Adversary |
| | : | |
|     v. | : | |
| | : | |
| JONATHAN JOEL OSSMAN, | : | |
| f/d/b/a KNIGHTS | : | |
| CONSTRUCTION & | : | |
| REMODELING, d/b/a JOHN'S | : | |
| CONTRACTING | : | |
|     Defendant. | : | |

**ORDER**

    AND NOW, this day of ____July 14,_____, 2023, upon

consideration of the Stipulation to Hold Adversary Proceeding in Abeyance, there being

no objection and for good cause shown, it is hereby **ORDERED** the Stipulation is

**GRANTED**. It is further **ORDERED** that all pre-trial deadlines in the above captioned

Adversary Action are suspended. The status conference scheduled for Wednesday, July

19, 2023, at 2:00 p.m. in United States Bankruptcy Court, Gateway Building, Fourth

Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 is cancelled. A status

conference regarding the disposition of this adversary proceeding will be held

_____January 17, 2024_ at 2:00 p.m.___ in the United States Bankruptcy Court, Gateway

Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.


_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE